# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2015

*The Court of Appeals hereby passes the following order:*

## A15A2232. BASKIN v. HALE.

This appeal was docketed on July 24, 2015. To date, appellant Shannon Baskin has not filed a brief as required by Court of Appeals Rule 23 (a).[1] Accordingly, this appeal is hereby dismissed pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Court of Appeals Rule (a) requires an appellant to file a brief containing an enumeration of errors within 20 days after the appeal is docketed and further provides that "[f]ailure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt."